UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS L SOSA LOPEZ,

      Petitioner,

v.                                                            Case No: 6:26-cv-1389-JSS-LHP

ACTING DIRECTOR OF
IMMIGRATION AND CUSTOMS
ENFORCEMENT TODD LYONS,
ACTING SECRETARY OF THE
U.S. DEPARTMENT OF
HOMELAND SECURITY
MARKWAYNE MULLIN,
ATTORNEY GENERAL TODD
BLANCHE, WARDEN, OSCEOLA
COUNTY JAIL, and THE US
ATTORNEY'S OFFICE,

      Respondents.
_____/

### ORDER

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 requesting his release from the custody of the United States Immigration and Customs Enforcement (ICE). (Dkt. 1.) Petitioner maintains that his continued detention violates due process and is otherwise unlawful. (*Id.* at 11.) Petitioner seeks a writ of habeas corpus declaring that Petitioner's continued detention violates the Constitution and laws of the United States and directing his immediate release. (*Id.* at 12–13.) Petitioner also seeks injunctive relief prohibiting Respondents from transferring him pending the resolution of this case. (*Id.*)

Accordingly:

1. To the extent that Petitioner seeks preliminary injunctive relief, he shall file a motion for the relief in compliance with Federal Rule of Civil Procedure 65 and all applicable Local Rules, including Local Rules 1.08, 3.01, and 6.01 or 6.02 as appropriate. The proposed order required by the Local Rules, *see* M.D. Fla. R. 6.01(a)(6); M.D. Fla. R. 6.02(a)(1), shall fully satisfy Federal Rule of Civil Procedure 65(d).

2. The Clerk is **DIRECTED** to send a copy of this order, the petition (Dkt. 1), and all attachments to the petition **electronically** to the United States Attorney for the Middle District of Florida and by **first-class mail** to (1) Markwayne Mullin, Secretary, Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE, Washington, D.C., 20528-0485; and (2) Todd M. Lyons, Acting Miami Field Office Director, United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, Florida, 33324. All costs of service shall be advanced by the United States.

3. Within twenty-one days from the date of this order, Respondents shall respond to all allegations, grounds, and arguments asserted in the petition and show cause why the petition should not be granted.

4. Petitioner may file a reply to the response but is not required to do so. Any reply must be filed within ten days after the response is filed. The court will not address new grounds raised in the reply. *See United States v. Evans*, 473 F.3d

1115, 1120 (11th Cir. 2006).  Any reply shall not exceed ten pages.

**ORDERED** in Orlando, Florida, on June 29, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Office of the United States Attorney
400 W. Washington Street
Suite 3100
Orlando, Florida 32801

Markwayne Mullin, Secretary,
Office of the General Counsel,
United States Department of Homeland Security
2707 Martin Luther King, Jr. Ave, SE
Washington, D.C., 20528

Todd M. Lyons, Miami Field Office Director,
United States Immigration and Customs Enforcement
865 SW 78th Avenue
Suite 101
Plantation, Florida 33324

USAFLM.Orlando2241@usdoj.gov

OPLAORLFEDLIT@ice.dhs.gov